UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

                Plaintiff,                      Case No. 1:05:CR:190

v.

                                       HON. GORDON J. QUIST

TODD KEVIN COOPER,

                Defendant.

_____/

**<u>ORDER</u>**

The Court has reviewed the Amended Report and Recommendation filed by the United States Magistrate Judge in this action.  The Amended Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Amended Report and Recommendation of the Magistrate Judge filed December 14, 2005, is approved and adopted as the Opinion and Findings of this Court.

2.      Defendant Todd Kevin Cooper's plea of guilty to Count One of the Indictment is taken under advisement, and Defendant Todd Kevin Cooper is referred to and accepted into the Pretrial Diversion Program.

Dated:  December 30, 2005                        /s/ Gordon J. Quist
                                           GORDON J. QUIST
                                 UNITED STATES DISTRICT JUDGE